**VERIZON PA LLC**

v.

**WCAB (NEUGEBAUER)**

**1766 CD 2016**

Commonwealth Court of Pennsylvania.

07/13/2017

Workers' Compensation Appeal Board, A16–0384

Vacated/Remanded

**WILCOX, E.**

v.

**PENNDOT**

**128 CD 2017**

Commonwealth Court of Pennsylvania.

07/13/2017

Philadelphia County Civil Division, 16–04–02349

Reversed

**RUFFIN, L**

v.

**PBPP**

**2038 CD 2016**

Commonwealth Court of Pennsylvania.

07/13/2017

Board of Probation & Parole, Parole No. 737–ET

Affirmed

**LUSICK, D.**

v.

**ABRAHAM, L., et al.**

**1952 CD 2015**

Commonwealth Court of Pennsylvania.

07/14/2017

Philadelphia County Civil Division, August Term, 2009 No. 03173

Affirmed